# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Klein, Sandra R. | U.S. Bankruptcy Court | 08/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

255 E. Temple Street
Suite 1582
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▒▒▒▒▒ - Salary & bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Mortgage on Rental Property #1 | O |
| 2. | Chase | Mortgage on Rental Property #2 | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. -Altria | B | Dividend | K | T | | | | | |
| 3. -British Petroleum | B | Dividend | K | T | | | | | |
| 4. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 5. -Walt Disney | A | Dividend | J | T | | | | | |
| 6. -Hewlett Packard n/k/a Hewlett Parkard Enterprises | A | Dividend | J | T | | | | | |
| 7. -HP Inc. | A | Dividend | J | T | | | | | |
| 8. -Kraft Foods n/k/a Kraft Heinz | A | Dividend | J | T | | | | | |
| 9. - Mondelez | A | Dividend | J | T | | | | | |
| 10. -Microsoft | A | Dividend | J | T | | | | | |
| 11. -Pfizer | A | Dividend | J | T | | | | | |
| 12. -Philip Morris International | C | Dividend | K | T | | | | | |
| 13. Annaly Capital - NLY | A | Dividend | J | T | | | | | |
| 14. -Tyler Technologies | | None | M | T | | | | | |
| 15. -Verizon | A | Dividend | J | T | | | | | |
| 16. -VXX | | None | J | T | | | | | |
| 17. -VPU | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - I-shares Silver Trust - SLV | | None | J | T | | | | | |
| 19. - Alerian MLP | A | Dividend | J | T | | | | | |
| 20. - Carlyle Group | A | Dividend | J | T | | | | | |
| 21. - Coca Cola | A | Dividend | J | T | | | | | |
| 22. - Devon Energy | A | Dividend | J | T | | | | | |
| 23. - Freeport McMoran | A | Dividend | J | T | | | | | |
| 24. - Kinder Morgan | A | Dividend | J | T | | | | | |
| 25. - US National Gas Fund | | None | J | T | | | | | |
| 26. - DXC Technology | A | Dividend | J | T | | | | | |
| 27. - MFGP - Micro Focus Int'l | | Dividend | J | T | | | | | |
| 28. - Seritage Growth Prop. | A | Dividend | J | T | | | | | |
| 29. - Teva Pharmaceutical | | None | J | T | | | | | |
| 30. Perspecta, Inc. | A | Dividend | J | T | Spinoff<br>(from line 26) | 5/1/18 | J | | |
| 31. - Cash in Wells Fargo Bank Deposit Sweep Account* | A | Interest | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Brokerage #2 (H) | | | | | | | | | |
| 34. -Apache | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Devon Energy | A | Dividend | J | T | | | | | |
| 36.  -Exxon Mobil | A | Dividend | J | T | | | | | |
| 37.  - Highmark California MMA | A | Dividend | K | T | | | | | |
| 38. | | | | | | | | | |
| 39.  401K #1 (fka ▨ 401-K #1) (H) | | | | | | | | | |
| 40.  -▨ Stable Value Fund C | C | Dividend | N | T | | | | | |
| 41.  -Vanguard Target Ret. 2025 | A | Dividend | J | T | | | | | |
| 42.  - Metropolitan West Total Return | C | Dividend | N | T | | | | | |
| 43. | | | | | | | | | |
| 44.  401K #2 (fka Wells Fargo 401-K #2) (H) | | | | | | | | | |
| 45.  -WF Stable Value Fund | A | Dividend | M | T | | | | | |
| 46.  - US Bond Index Fund | B | Dividend | M | T | | | | | |
| 47. | | | | | | | | | |
| 48.  Vanguard IRA #1 (H) | | | | | | | | | |
| 49.  -Vanguard Equity Income Fund | A | Dividend | J | T | | | | | |
| 50.  -Vanguard Morgan Growth Fund | A | Dividend | K | T | | | | | |
| 51.  -Vanguard Value Index Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Vanguard Windsor Fund | A | Dividend | J | T | | | | | |
| 53. -Vanguard Lifestrategy Growth Fund | A | Dividend | J | T | | | | | |
| 54. -Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 55. -Vanguard Global Equity Fund | A | Dividend | J | T | | | | | |
| 56. -Vanguard Pacific Stock Index Fund | A | Dividend | J | T | | | | | |
| 57. -Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 58. -Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 59. -Vanguard Strategic Equity Fund | A | Dividend | K | T | | | | | |
| 60. -Vanguard REIT Index Fund | A | Dividend | K | T | | | | | |
| 61. | | | | | | | | | |
| 62. Vanguard 529 Plan #2 (H) | | | | | | | | | |
| 63. - Vanguard Income Fund | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. Vanguard 529 Plan #3 (H) | | | | | | | | | |
| 66. - Vanguard Income Fund | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Brokerage #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -WF Calif. MMA (fka Wells Fargo Calif. MMA) | A | Dividend | M | T | | | | | |
| 70. -Altria | A | Dividend | J | T | | | | | |
| 71. -British Petroleum | A | Dividend | J | T | | | | | |
| 72. -Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 73. -General Electric | A | Dividend | J | T | | | | | |
| 74. -Pfizer | A | Dividend | J | T | | | | | |
| 75. -Philip Morris Int'l | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. Brokerage #4 (H) | | | | | | | | | |
| 78. -Highmark Calif. MMA | A | Dividend | K | T | | | | | |
| 79. -Apache | A | Dividend | J | T | | | | | |
| 80. -Coca Cola | A | Dividend | J | T | | | | | |
| 81. -Devon Energy | A | Dividend | J | T | | | | | |
| 82. -Exxon Mobil | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Rental property #1 - Redondo Beach, CA | E | Rent | P1 | W | | | | | |
| 85. Rental property #2 - Redondo Beach, CA | F | Rent | P1 | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Rental property #3 - Redondo Beach, CA | E | Rent | P1 | W | | | | | |
| 87. | | | | | | | | | |
| 88. Fidelity Brokerage #5 (H) | | | | | | | | | |
| 89. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 90. -Fidelity Asset Manager 70% | B | Dividend | L | T | | | | | |
| 91. -Fidelity Growth & Income | B | Dividend | N | T | | | | | |
| 92. | | | | | | | | | |
| 93. Fidelity IRA #2 (H) | | | | | | | | | |
| 94. - Fidelity Gov't Money Market Fund | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. Brokerage #7 (H) | | | | | | | | | |
| 97. - MUFJ | A | Dividend | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Sandra R Klein TOD 2018 Transactions | Income During Reporting Period | | Gross Value at end of reporting period | | Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code |
| | --------- | --------- | --------- | --------- | --------- | --------- | --------- | --------- | --------- |
| 1 | ABBVIE INC COM | A | Div | J | Q | | | | |
| 2 | ACTIVISION BLIZZARD INC | A | Div | | | S | 11/7/2018 | J | A |
| 3 | AGILENT TECHNOLOGIES INC COM | A | Div | J | Q | | | | |
| 4 | ALEXANDRIA REAL ESTATE EQ INC COM | A | Div | J | Q | B | 1/11/2018 | J | |
| 5 | ALEXANDRIA REAL ESTATE EQ INC COM | | | | | BA | 6/12/2018 | J | |
| 6 | ALLSTATE CORP COM | A | Div | J | Q | | | | |
| 7 | AMGEN INC COM | A | Div | J | Q | B | 9/24/2018 | J | |
| 8 | APPLE INC COM | A | Div | J | Q | | | | |
| 9 | APPLIED MATLS INC COM | A | Div | | | S | 9/12/2018 | J | |
| 10 | ARCHER DANIELS MIDLAND CO COM | A | Div | J | Q | B | 8/6/2018 | J | |
| 11 | BAXTER INTL INC COM | A | Div | J | Q | B | 1/10/2018 | J | |
| 12 | BAXTER INTL INC COM | | | | | BA | 2/12/2018 | J | |
| 13 | BROADCOM INC | | | | | S | 1/26/2018 | J | A |
| 14 | BROADRIDGE FINL SOLUTIONS INC COM | A | Div | J | Q | | | | |
| 15 | CDW CORP COM | A | Div | J | Q | | | | |
| 16 | CHEMED CORP NEW COM | A | Div | J | Q | | | | |
| 17 | CHURCH & DWIGHT INC COM | A | Div | J | Q | | | | |
| 18 | CINTAS CORP COM | A | Div | J | Q | | | | |
| 19 | COLUMBIA EMRG MARKETS ETF | | | | | S | 6/11/2018 | J | |
| 20 | CONOCOPHILLIPS COM | A | Div | J | Q | S | 9/7/2018 | J | A |
| 21 | CONSTELLATION BRANDS INC CL A | A | Div | | | B | 4/12/2018 | J | |
| 22 | CONSTELLATION BRANDS INC CL A | | | | | BA | 6/12/2018 | J | |
| 23 | CONSTELLATION BRANDS INC CL A | | | | | S | 8/2/2018 | J | |
| 24 | COSTCO WHSL CORP NEW COM | A | Div | J | Q | | | | |
| 25 | DIGITAL RLTY TR INC COM | A | Div | | | S | 1/11/2018 | J | |
| 26 | DXC TECHNOLOGY COMPANY COMMON S | A | Div | | | S | 5/31/2018 | J | A |
| 27 | EUROPEAN FTSE INDEX FUND (VANGUARD) | A | Div | | | B | 1/3/2018 | J | |
| 28 | EUROPEAN FTSE INDEX FUND (VANGUARD) | | | | | S | 9/24/2018 | J | |
| 29 | FIDELITY CHARLES STR TR ASSET MNGR 70% | D | Div | L | Q | | | | |
| 30 | FIDELITY NATL INFORMATION SVCS COM | A | Div | J | Q | B | 5/31/2018 | J | |
| 31 | FIDELITY NATL INFORMATION SVCS COM | | | | | BA | 6/12/2018 | J | |
| 32 | FIDELITY SECS FD GRWTH & INCM PRT | D | Div | M | Q | | | | |
| 33 | FINANCIAL SELECT SECTOR (SPDR) | B | Div | F | Q | | | | |
| 34 | HASBRO | | | | | S | 1/3/2018 | J | |
| 35 | INTEL CORP COM | A | Div | J | Q | B | 6/19/2018 | J | |
| 36 | INTUIT COM | A | Div | J | Q | B | 1/3/2018 | J | |
| 37 | INTUIT COM | | | | | BA | 1/26/2018 | J | |
| 38 | INTUIT COM | | | | | SP | 9/24/2018 | J | A |
| 39 | KROGER CO COM | A | Div | J | Q | B | 9/24/2018 | J | |
| 40 | KROGER CO COM | | | | | S | 3/12/2018 | J | |
| 41 | L3 TECHNOLOGIES INC COM | A | Div | J | Q | | | | |
| 42 | LAM RESEARCH CORP COM | A | Div | | | S | 6/9/2018 | K | B |
| 43 | LILLY ELI & CO COM | A | Div | J | Q | B | 7/30/2018 | J | |
| 44 | LOWES COS INC COM | A | Div | | | S | 9/27/2018 | J | C |
| 45 | MARATHON PETE CORP COM | A | Div | J | Q | | | | |
| 46 | METHANEX | | | | | B | 10/12/2018 | J | |
| 47 | METHANEX | | | | | S | 11/28/2018 | J | |
| 48 | MICROSOFT CORP COM | A | Div | K | Q | B | 1/26/2018 | J | |
| 49 | MICROSOFT CORP COM | | | | | BA | 2/12/2018 | J | |
| 50 | MSCI JAPAN (ISHARES) | A | Div | J | Q | B | 9/24/2018 | J | |
| 51 | NETAPP | | | J | Q | B | 10/19/2018 | J | |
| 52 | NETAPP | | | | | BA | 11/7/2018 | J | |
| 53 | NIKE | | | J | Q | B | 10/31/2018 | J | |
| 54 | OWENS CORNING NEW COM | A | Div | | | S | 6/19/2018 | J | |
| 55 | PACKAGING CORP AMER COM | A | Div | | | S | 10/12/2018 | J | |
| 56 | PUBLIC SVC ENTERPRISE GROUP COM | A | Div | J | Q | B | 3/28/2018 | J | |
| 57 | ROSS STORES INC COM | A | Div | J | Q | | | | |
| 58 | SELECT SECTOR SPDR TR COMMUNICATION | A | Div | K | Q | B | 8/2/2018 | J | |
| 59 | SELECT SECTOR SPDR TR COMMUNICATION | | | | | BA | 9/24/2018 | J | |
| 60 | SELECT SECTOR SPDR TR COMMUNICATION | | | | | BA | 9/27/2018 | K | |
| 61 | SERVICE CORP INTL COM | A | Div | J | Q | B | 1/3/2018 | J | |
| 62 | SERVICE CORP INTL COM | | | | | BA | 2/8/2018 | J | |
| 63 | SOUTHWEST AIRLS CO COM | A | Div | | | S | 2/28/2018 | J | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 64 | SPDR SERIES TRUST OILGAS EQUIP | A | Div | J | Q | | | | |
| 65 | STRYKER CORP COM | A | Div | J | Q | | | | |
| 66 | TEXAS ROADHOUSE INC CL A | A | Div | J | Q | B | 5/17/2018 | J | |
| 67 | TRINITY INDS INC COM | A | Div | | | B | 6/19/2018 | J | |
| 68 | TRINITY INDS INC COM | | | | | S | 10/25/2018 | J | |
| 69 | UGI CORP NEW COM | A | Div | | | S | 3/28/2018 | J | |
| 70 | UNION PAC CORP COM | A | Div | J | Q | | | | |
| 71 | V F CORP COM | A | Div | J | Q | B | 10/19/2018 | J | |
| 72 | VALERO ENERGY CORP NEW COM | A | Div | J | Q | | | | |
| 73 | VANGUARD INTL EQUITY INDEX FD ALLWRLD EX US | A | Div | K | Q | | | | |
| 74 | VANGUARD INTL EQUITY INDEX FD FTSE EMR MKT ETF | A | Div | J | Q | | | | |
| 75 | VISA INC COM CL A | A | Div | J | Q | B | 11/7/2018 | J | |
| 76 | VULCAN MATLS CO COM | A | Div | | | S | 9/27/2018 | J | |
| 77 | WASTE MGMT INC DEL COM | A | Div | J | Q | B | 2/28/2018 | J | |
| 78 | WYNDHAM HOTELS & RESORTS INC COM | A | Div | | | BA | 6/12/2018 | J | |
| 79 | WYNDHAM HOTELS & RESORTS INC COM | | | | | S | 10/19/2018 | J | |
| 80 | ZOETIS INC CL A | A | Div | J | Q | | | | |
| 81 | FIDELITY GOVERNMENT CASH RSVS | A | Int | J | Q | | | | |

|  |  | Income During Reporting Period | | Gross Value at end of reporting period | | Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Amount | | Value Code | Value Metho | | | Value | Gain |
|  | Description of Assets | Code | Type | Value Code | Value Metho | Type | Date | Code | Code |
|  | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- |
| 1 | ABBVIE INC COM | A | Div | J | Q | B | 3/27/2018 J |  |  |
| 2 | ABBVIE INC COM |  |  |  |  | S | 1/29/2018 J |  | C |
| 3 | ACTIVISION BLIZZARD INC | A | Div |  |  | S | 11/7/2018 J |  | A |
| 4 | AGILENT TECHNOLOGIES INC COM | A | Div | J | Q |  |  |  |  |
| 5 | ALEXANDRIA REAL ESTATE EQ INC COM | A | Div | J | Q | B | 1/11/2018 J |  |  |
| 6 | ALEXANDRIA REAL ESTATE EQ INC COM |  |  |  |  |  | 6/12/2018 J |  |  |
| 7 | ALIBABA GROUP HOLDING ADR |  |  | J | Q | B | 6/12/2018 J |  |  |
| 8 | ALIBABA GROUP HOLDING ADR |  |  |  |  | BA | 8/23/2018 J |  |  |
| 9 | ALLSTATE CORP COM | A | Div | J | Q |  |  |  |  |
| 10 | AMAZON |  |  | J | Q | B | 4/10/2018 J |  |  |
| 11 | APPLE INC COM | A | Div | J | Q |  |  |  |  |
| 12 | APPLIED MATLS INC COM | A | Div |  |  | S | 9/12/2018 J |  |  |
| 13 | BAXTER INTL INC COM | A | Div | J | Q | B | 1/8/2018 J |  |  |
| 14 | BAXTER INTL INC COM |  |  |  |  | BA | 2/12/2018 J |  |  |
| 15 | BOYD GAMING CORP COM | A | Div |  |  | B | 8/8/2018 J |  |  |
| 16 | BOYD GAMING CORP COM |  |  |  |  | S | 10/31/2018 J |  |  |
| 17 | BRINKER INTL |  |  | J | Q | B | 12/18/2018 J |  |  |
| 18 | BROADCOM |  |  |  |  | SP | 1/3/2018 J |  | A |
| 19 | BROADCOM |  |  |  |  | S | 1/26/2018 J |  | J |
| 20 | BROADRIDGE FINL SOLUTIONS INC COM | A | Div | J | Q |  |  |  |  |
| 21 | CDW CORP COM | A | Div | J | Q |  |  |  |  |
| 22 | CHEMED CORP NEW COM | A | Div | J | Q | SP | 7/30/2018 J |  | B |
| 23 | CHURCH & DWIGHT INC COM | A | Div | J | Q |  |  |  |  |
| 24 | CINTAS CORP COM | A | Div | J | Q |  |  |  |  |
| 25 | COLUMBIA EMERGING MARKETS ETF |  |  |  |  | S | 6/11/2018 J |  |  |
| 26 | CONOCOPHILLIPS COM | A | Div | J | Q | SP | 6/12/2018 J |  | A |
| 27 | COSTCO WHSL CORP NEW COM | A | Div | J | Q |  |  |  |  |
| 28 | CVS |  |  | J | Q | B | 11/8/2018 J |  |  |
| 29 | D R HORTON INC COM | A | Div |  |  | B | 5/4/2018 J |  |  |
| 30 | D R HORTON INC COM |  |  |  |  | S | 6/13/2018 J |  |  |
| 31 | DIGITAL RLTY TR INC COM | A | Div |  |  | S | 1/11/2018 J |  |  |
| 32 | DXC TECHNOLOGY COMPANY COMMON S | A | Div |  |  | S | 5/31/2018 J |  | A |
| 33 | EDITAS |  |  |  |  | B | 4/10/2018 J |  |  |
| 34 | EDITAS |  |  |  |  | S | 11/7/2018 J |  |  |
| 35 | EUROPEAN FTSE INDEX FUND (VANGUARD) | A | Div |  |  | B | 1/3/2018 J |  |  |
| 36 | EUROPEAN FTSE INDEX FUND (VANGUARD) |  |  |  |  | S | 9/24/2018 J |  |  |
| 37 | FIDELITY NATL INFORMATION SVCS COM | A | Div | J | Q | B | 5/31/2018 J |  |  |
| 38 | FINANCIAL SELECT SECTOR (SPDR) | A | Div | K | Q | B | 4/10/2018 J |  |  |
| 39 | FINANCIAL SELECT SECTOR (SPDR) |  |  |  |  | SP | 8/10/2018 J |  | A |
| 40 | FLEETCOR TECHNOLOGIES |  |  | J | Q | B | 6/12/2018 J |  |  |
| 41 | GENERAL MLS INC COM | A | Div | J | Q | B | 8/10/2018 J |  |  |
| 42 | HASBRO |  |  |  |  | S | 1/3/2018 J |  |  |
| 43 | HUNTINGTON INGALLS INDS INC COM | A | Div | J | Q | B | 4/10/2018 J |  |  |
| 44 | INTEL CORP COM | A | Div | J | Q | B | 6/19/2018 J |  |  |
| 45 | INTERNATIONAL BUSINESS MACHS COM | A | Div |  |  | B | 4/13/2018 J |  |  |
| 46 | INTERNATIONAL BUSINESS MACHS COM |  |  |  |  | S | 8/23/2018 J |  |  |
| 47 | INTUIT COM | A | Div | J | Q | B | 1/3/2018 J |  |  |

Sandra R Klein IRA
2018 Transactions

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | INTUIT COM | | | | | | BA | 2/12/2018 | J | |
| 49 | INTUIT COM | | | | | | SP | 4/13/2018 | J | A |
| 50 | JAZZ PHARMACEUTICALS | | | J | | Q | B | 7/5/2018 | J | |
| 51 | JAZZ PHARMACEUTICALS | | | | | | BA | 8/7/2018 | J | |
| 52 | KROGER CO COM | A | Div | | | | S | 3/12/2018 | J | |
| 53 | L3 TECHNOLOGIES INC COM | A | Div | J | | Q | | | | |
| 54 | LAM RESEARCH CORP COM | A | Div | | | | S | 4/13/2018 | J | B |
| 55 | LAM RESEARCH CORP COM | | | | | | S | 6/19/2018 | J | A |
| 56 | LEAR CORP COM NEW | A | Div | | | | B | 2/28/2018 | J | |
| 57 | LEAR CORP COM NEW | | | | | | S | 8/8/2018 | J | |
| 58 | LOWES COS INC COM | A | Div | | | | S | 2/28/2018 | J | A |
| 59 | MARATHON PETE CORP COM | A | Div | J | | Q | | | | |
| 60 | MATCH GROUP INC COM | A | Div | J | | Q | B | 7/5/2018 | J | |
| 61 | MATCH GROUP INC COM | | | | | | BA | 8/23/2018 | J | |
| 62 | MERCK | | | | | | S | 1/8/2018 | J | |
| 63 | METHANEX | | | | | | B | 10/12/2018 | J | |
| 64 | MICROSOFT CORP COM | A | Div | J | | Q | B | 1/26/2018 | J | |
| 65 | MICROSOFT CORP COM | | | | | | BA | 2/12/2018 | J | |
| 66 | MSCI JAPAN (ISHARES) | A | Div | J | | Q | B | 9/24/2018 | J | |
| 67 | NEW YORK TIMES CO CL A | A | Div | J | | Q | B | 7/10/2018 | J | |
| 68 | OWENS CORNING NEW COM | A | Div | | | | S | 6/19/2018 | J | |
| 69 | PACKAGING CORP AMER COM | A | Div | | | | S | 10/12/2018 | J | |
| 70 | PETMED EXPRESS INC COM | A | Div | | | | B | 4/13/2018 | J | |
| 71 | PETMED EXPRESS INC COM | | | | | | S | 7/10/2018 | J | |
| 72 | PUBLIC SVC ENTERPRISE GROUP COM | A | Div | J | | Q | B | 3/28/2018 | J | |
| 73 | RESTAURANT BRANDS | | | | | | B | 1/3/2018 | J | |
| 74 | RESTAURANT BRANDS | | | | | | S | 2/8/2018 | J | |
| 75 | ROSS STORES INC COM | A | Div | J | | Q | SP | 10/23/2018 | J | B |
| 76 | SERVICE CORP INTL COM | A | Div | J | | Q | B | 1/3/2018 | J | |
| 77 | SERVICE CORP INTL COM | | | | | | BA | 2/8/2018 | J | |
| 78 | SHIRE PLC | | | | | | B | 4/13/2018 | J | |
| 79 | SHIRE PLC | | | | | | S | 7/5/2018 | J | A |
| 80 | SOUTHWEST AIRLS CO COM | A | Div | | | | S | 2/28/2018 | J | |
| 81 | SPDR SERIES TRUST OILGAS EQUIP | A | Div | J | | Q | | | | |
| 82 | STRYKER CORP COM | A | Div | | | | | | | |
| 83 | SUPERNUS PHARMACEUTICALS | | | J | | Q | B | 5/16/2018 | J | |
| 84 | TAKE-TWO INTERACTIVE | | | J | | Q | B | 10/23/2018 | J | |
| 85 | UGI CORP NEW COM | A | Div | | | | S | 3/28/2018 | J | |
| 86 | UNION PAC CORP COM | A | Div | J | | Q | | | | |
| 87 | V F CORP COM | A | Div | | | | S | 5/4/2018 | J | S |
| 88 | VALERO ENERGY CORP NEW COM | A | Div | J | | Q | | | | |
| 89 | VANGUARD INTL EQUITY INDEX FD ALLWRLD EX | A | Div | K | | Q | | | | |
| 90 | VANGUARD INTL EQUITY INDEX FD FTSE EMR MK | A | Div | J | | Q | | | | |
| 91 | VISA INC COM CL A | A | Div | J | | Q | | | | |
| 92 | VULCAN MATLS CO COM | A | Div | | | | S | 4/13/2018 | J | |
| 93 | WASTE MGMT INC DEL COM | A | Div | J | | Q | B | 2/28/2018 | J | |
| 94 | ZOETIS INC CL A | A | Div | J | | Q | | | | |
| 95 | FIDELITY GOV MONEY MARKET FUND | A | INT | J | | Q | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 08/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sandra R. Klein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544